UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT DYTCH,<br><br>           Plaintiff,<br><br>     v.<br><br>HUMBERTO CHAVEZ,<br><br>           Defendant. | Case No. 13-cv-05851 NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on December 18, 2013 alleging violations of the Americans with Disabilities Act. Dkt. No. 1. The case management scheduling order in the case set a deadline for a joint inspection of premises to occur on or before April 2, 2014. Dkt. No. 5. Forty-two days after the joint inspection, July 14, 2014, was the last day for plaintiff to file a notice of need for mediation. *Id.* Plaintiff has not done so, and therefore must show cause within fourteen days of this order why his case should not be dismissed for a failure to prosecute.

IT IS SO ORDERED.

Date: August 7, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-05851 NC
ORDER TO SHOW CAUSE